AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| LINDA ANN BAKER | Case Number: 2:05CR20041-001; 2:06CR20047-001 |
| | USM Number: 07495-010 |
| | Jack Schisler |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to violation of condition(s) __Standard Conditions #3 & #9; Special Conditions # 3 & #4 and New Law Violation__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Standard Condition #3 | Failure to Answer Probation Officer Inquiries Truthfully and Follow Probation Officer Instructions | 03/22/2009 |
| Standard Condition #9 | Failure to Refrain from Associating with Persons Engaged in Criminal Activity or Convicted of a Felony without Permission of Probation Officer | 03/22/2009 |
| Special Condition #3 | Failure to Abstain from Writing Checks. | 03/22/2009 |
| Special Condition #4 | Failure to Refrain from Obtaining Employment with Direct Access to Individual Accounts or Cash Flow | 03/22/2009 |
| New Law Violation | Arrested by Fort Smith Police Dept. On 03/22/2009 and Charged with Second Degree Forgery | 03/22/2009 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: XXX-XX-2402 | June 16, 2009 |
| --- | --- |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: XX-XX-1964 | |
| | /S/ Robert T. Dawson |
| | Signature of Judge |
| Defendant's Residence Address: | |
| XXXXXXXXXXXXXXX | |
| Fort Smith, Arkansas | Honorable Robert T. Dawson, United States District Judge |
| | Name and Title of Judge |
| | |
| | June 18, 2009 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above | |

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page 2 of 4

DEFENDANT: Linda A. Baker
CASE NUMBER: 2:05CR20041-001; 2:06CR20047-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **twenty-four (24) months** in each case, terms to run concurrently. No supervision will follow term of imprisonment.

☒ The court makes the following recommendations to the Bureau of Prisons:

That defendant shall receive mental health treatment and be placed in a mental health facility close to her family members.

☒ The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

 Judgment — Page 3 of 4

DEFENDANT: Linda A. Baker
CASE NUMBER: 2:05CR20041-001; 2:06CR20047-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ - 0 - | $ - 0 - | $ 170,376.14* |

*Balance owed on original restitution is $168,668.82

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Richard P. & Carol J. McKenzie<br>5649 South Delaware Avenue<br>Tulsa, OK 74105 |  | $24,500.00 |  |
| Elaine Baker<br>2109 Lakeside Drive<br>Greenwood, AR 72936 |  | $24,978.03 |  |
| Merrill Lynch<br>c/o Mr. Sean Campbell<br>222 Broadway, 14th Floor<br>New York, NY 10038<br>(Payable to Merrill, Lynch,<br>Pierce, Fenner & Smith)<br>Reference Royal/Baker<br>Restitution |  | $120,898.11 |  |
| TOTALS | $ | $ 170,376.14 |  |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   X  the interest requirement is waived for the    X  fine    ☐  restitution.

   ☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 6 — Schedule of Payments

DEFENDANT:
CASE NUMBER:

Judgment — Page 4 of 4

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   X   Lump sum payment of $   168,668.82   due immediately, balance due

    ☐ not later than _____ , or
    X in accordance with ☐ C, ☐ D, ☐ E, or   X F below); or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F   X   Special instructions regarding the payment of criminal monetary penalties:

    If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than $25.00 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.